# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN CURTIS,** | : | Civil No. 3:23-CV-2092 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **LACKAWANNA COUNTY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 31st day of October 2024, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss, (Docs. 10, 47, 58), are GRANTED in part and DENIED in part as follows: the medical defendants' motions to dismiss, (Docs. 10, 47), are DENIED. The County defendants' motion to dismiss, (Doc. 58), is GRANTED with regard to the corrections officer defendants and DENIED with regard to Lackawanna County.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge